UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

OVERLAND SOLUTIONS, INC.

VERSUS            CIVIL ACTION NO.: 06-53-JVP-SCR

DAVID CHRISTENSEN, ET AL

## RULING

The court, having carefully considered the complaint, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated June 6, 2008, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion.

Accordingly, plaintiff, Overland Solutions, Inc., is hereby awarded damages in the amount of $395,978.00 on its claims against defendant, Premium Audit Partners, Inc., and Overland Solutions, Inc.'s request for an award of attorneys' fees is hereby **DENIED** without prejudice.

Baton Rouge, Louisiana, July 18, 2008.

JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA